IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WILLIAM B., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:23-CV-37 (RCY) |
| | ) |
| MARTIN O'MALLEY, | ) |
| *Commissioner of the Social Security Administration*, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Objection of Plaintiff is OVERRULED;

2. The Report and Recommendation of the Magistrate Judge (ECF No. 16) is ACCEPTED and ADOPTED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

                                            /s/ *RCY*
                                      Roderick C. Young
Richmond, Virginia                      United States District Judge
Date: March 13, 2024